**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                                                                   **CASE NO: 6:11-cr-415-Orl-22GJK**

**GILBERTO MENDEZ-HERNANDEZ**

_____

**ORDER**

This cause is before the Court on the Application to Proceed in District Court without Prepaying Fees or Costs construed as a motion to appeal *in forma pauperis* (Doc. No. 146) filed on June 4, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED and the Court certify that the appeal is not taken in good faith.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 24, 2015 (Doc. No. 149), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Application to Proceed in District Court without Prepaying Fees or Costs is hereby DENIED.

3. The Court certifies that the appeal is not taken in good faith.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 24, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Gilberto Mendez-Hernandez
Eleventh Circuit Court of Appeals (Case No. 15-12507)